**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER J. ROSALES, and<br>KAREN TOGGERY<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NUMBER:** 08-512 L<br><br>Judge Lawrence J. Block<br><br>**MOTION TO TRANSFER RELATED CASE** |

Pursuant to Rule 40.1(b), Rules of the United States Court of Federal Claims, Defendants hereby move to transfer this case to Judge Edward J. Damich. This motion is accompanied by a Notice of Directly Related Case, or in the Alternative, of Indirectly Related Case, filed pursuant to Rule 40.2(a), Rules of the United States Court of Federal Claims, or in the alternative, pursuant to Rule 40.2(b), Rules of the United States Court of Federal Claims.

Dated this 12th day of August, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

By: s/ Samantha Klein
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Tel: (202) 305-0474
Facsimile: (202) 305-0506
samantha.klein@usdoj.gov