# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WALTER J. ROSALES, and<br>KAREN TOGGERY<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>Defendants. | **CASE NUMBER:** 08-512 L<br><br>Judge Lawrence J. Block |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants hereby respectfully moves for a forty-five day extension of time, to and including October 30, 2008, to answer or otherwise respond to Plaintiffs' Complaint. (Doc. 1). In support of its motion, Defendants state as follows.

1. No previous enlargements of time have been requested.
2. Plaintiffs filed their Complaint on July 15, 2008.
3. Pursuant to RCFC 12(a)(1), Defendants have until September 15, 2008, to answer or otherwise respond, as September 13, 2008 falls on a Saturday.
4. By this motion, Defendants seek an extension of time to answer or otherwise respond to the Complaint in order to allow Defendants' counsel sufficient time to answer or otherwise respond, given Defendants' counsel's litigation schedule in other cases, and to allow the Department of Justice and the Department of the Interior time to complete their internal review of such answer or response.
5. Defendants' counsel has contacted Plaintiffs' counsel regarding the extension

requested in this motion and has been informed that Plaintiffs do not oppose the motion.

Dated this 20th day of August, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

By: s/ Samantha Klein__________
SAMANTHA KLEIN
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0506
samantha.klein@usdoj.gov