# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ROSALES et al.,** | |
| **Plaintiff,** | **No. 08-512L** |
| **v.** | **Filed: September 3, 2008** |
| **UNITED STATES,** | **cc:** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The above-captioned case has been assigned as a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic ADR Referral Program and the undersigned is the ADR judge assigned to this case.

Therefore, the court, hereby, **SCHEDULES** an ADR meeting with the parties on **Wednesday, September 24, 2008, at 2:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (619) 236-1650 and defendant's counsel at (202) 305-0474. The parties should be prepared to discuss the possibility of resolving all or part of the case via alternative means.

The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **September 17, 2008, at 12:00 p.m.** via fax (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order 44, found at the court's internet site: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**